*Lemuel Arnold et al. v. Betsey Gilbert et al.* J. W. EDMONDS, for complainants ; G. WOOD, for defendants.

Order of the assistant vice chancellor affirmed with costs.

*Henry Yates et al, v. James Bartlett et al.* O. BUSHNELL, for appellant ; T. SEDGWICK, for Bartlett.

**Bill of interpleader, when proper.** The court decided, in this case, that it is no objection to a bill of interpleader that the claim of one of the defendants to the fund or thing in controversy is legal, and that the claim of the other is merely equitable. That a party may be protected by an interpleading suit against demands one of which is equitable and the other legal.

Decree appealed from affirmed with costs.

*In the matter of B. Taylor, a lunatic.* T. SEDGWICK, for Hammond and wife and others ; J. HOWE & C. TAYLOR, for Simpson and wife and others.

Master's report confirmed, except as to committee ; and Timpson and Taylor to be the committee of the lunatic.

---

☞ *To Gentlemen of the Bar.*—The subscriber will give his prompt attention to such counsel business before the Chancellor as may be sent to him, between the May and August terms of the court of Chancery,

O. L. BARBOUR.

May 17th, 1842.